# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America<br>v.<br>Abraham M. Lopez, dob: XX/XX/1984 | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  26-901M(NJ) |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Abraham M. Lopez                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute and Distribution of Controlled Substances; Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances; and Use of Communications Facilities to Facilitate Controlled Substance Felonies
Title 18, United States Code, Section 2(a); Title 21, United States Code, Sections 841(a)(1), 846, and 843(b)

Date:  4/21/2026

*Issuing officer's signature*

City and state:     Milwaukee, WI

Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  4-21-26 , and the person was arrested on *(date)*  4-22-26
at *(city and state)*    MILWAUKEE, WI              .

Date:  4-22-26

*Arresting officer's signature*

JEFFREY HALE
*Printed name and title*

Case 2:26-mj-00901-NJ     Filed 04/22/26     Page 1 of 1     Document 5