# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE**<br>**on Criminal Complaint** |
| v. | |
| **VICTORIA T. ALLEN**<br>**ABRAHAM M. LOPEZ**<br>**SHAEERAH J. MCKAY** | CASE NUMBER **26-mj-901** |

---

HONORABLE NANCY JOSEPH, presiding      Court Reporter: Liberty
Deputy Clerk: Evan R.      Hearing Began: <u>3:23 pm</u>
Hearing Held: 4/22/2026 at 3:30pm      Hearing Ended: <u>3:44 pm</u>
**Appearances:**

UNITED STATES OF AMERICA by: Katherine M Halopka-Ivery
VICTORIA T. ALLEN, in person, and by: Julie Linnen      ☐ CJA ☑ FDS ☐ RET
ABRAHAM M. LOPEZ, in person, and by: Julie Linnen      ☐ CJA ☑ FDS ☐ RET
SHAEERAH J. MCKAY, in person, and by: Julie Linnen      ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☑ None ☐ Sworn

---

☑ Defendant advised of rights
☑ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ **Preliminary Hearing/Arraignment and Plea set for May 11, 2026 at 1:30pm**

---

<u>Maximum Penalties:</u>

SENT: 10 years to Life; FINE: $10,000,000; SR 5 years; SA: $100.

BOND
Government does not seek detention as to these three defendants.
Court hears from the parties.
Court orders the defendants released on conditions. *See written order.*
Court sets the next hearing date.