# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**MARTIN L. SINCLAIR**
**JIMMY L. SHEPHERD**
**LARRY A. SHEPHERD**

**INITIAL APPEARANCE**
**on Criminal Complaint**

CASE NUMBER **26-mj-00901**

| | |
|---|---|
| HONORABLE NANCY JOSEPH, presiding | Court Reporter: Liberty |
| Deputy Clerk: Evan R. | Hearing Began: 3:03 pm |
| Hearing Held: 4/22/2026 at 3:00pm | Hearing Ended: 3:10 pm |

**Appearances:**

UNITED STATES OF AMERICA by: Katherine M Halopka-Ivery
MARTIN L. SINCLAIR, in person, and by: Julie Linnen     ☐ CJA ☑ FDS ☐ RET
JIMMY L. SHEPHERD, in person, and by: Julie Linnen     ☐ CJA ☑ FDS ☐ RET
LARRY A. SHEPHERD, in person, and by: Julie Linnen     ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☑ None ☐ Sworn

☑ Defendant advised of rights
☑ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ **Preliminary Hearing/Arraignment and Plea TO BE SET**

Maximum Penalties:

SENT: 20 years; FINE: $250,000; SR 5 years; SA: $100.

BOND
Government requests a 3-Day Hold as to all defendants.
Detention Hearings scheduled:
Martin L. Sinclair: 4/24/2026 at 11:30 am
Jimmy L. Shepherd: 4/23/2026 at 3:30 pm
Larry A. Shepherd: 4/23/2026 at 3:00 pm