# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE**<br>**on Criminal Complaint** |
| v. | |
| **SAMUEL P STAIR**<br>**JEANETTE LOPEZ**<br>**LAURA F KNEZIC**<br>**OTIS LOCKETT** | CASE NUMBER **26-MJ-901** |

---

HONORABLE NANCY JOSEPH, presiding     Court Reporter: Liberty
Deputy Clerk: Evan R.     Hearing Began: <u>2:33 pm</u>
Hearing Held: 4/22/2026 at 2:30 PM     Hearing Ended: <u>2:43 pm</u>
**Appearances:**

UNITED STATES OF AMERICA by: Katherine M Halopka-Ivery
Samuel P Stair, in person, and by: Julie Linnen     ☐ CJA ☑ FDS ☐ RET
Jeanette Lopez, in person, and by: Julie Linnen     ☐ CJA ☑ FDS ☐ RET
Laura F Knezic, in person, and by: Julie Linnen     ☐ CJA ☑ FDS ☐ RET
Otis Lockett, in person, and by: Julie Linnen     ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☑ None ☐ Sworn

---

☑ Defendant advised of rights
☑ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Preliminary Hearing/Arraignment and Plea **TO BE SET**

---

<u>Maximum Penalties:</u>

SENT: man. min. 10 years to Life; FINE: $5,000,000; SR 5 years; SA: $100.

BOND
Government requests a 3-Day Hold as to all defendants.
Detention Hearings scheduled:
Otis Lockett: 4/24/2026 at 1:30 pm
Laura F Knezic: 4/24/2026 at 2:00 pm
Samuel P Stair: 4/27/2026 at 11:00 am
Jeanette Lopez: 4/27/2026 at 11:30 am