# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 26-mj-00901 |
| | ) | |
| LAURA F KNEZIC | ) | |
| *Defendant* | ) | |

## ORDER OF TEMPORARY DETENTION AND
## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| PLACE:<br>U.S. District Court<br>517 E. Wisconsin Ave.<br>Milwaukee, Wisconsin<br><br>BEFORE:<br>Nancy Joseph | Courtroom No.: 253 |
|---|---|
| | Date and Time: 4/24/2026 at 2:00 Pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 4/22/2026

_____
*Judge's signature*

Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*