# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 26-mj-00901 |
| | ) | |
| SAMUEL P STAIR | ) | |
| *Defendant* | ) | |

## ORDER OF TEMPORARY DETENTION AND
## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| PLACE: U.S. District Court 517 E. Wisconsin Ave. Milwaukee, Wisconsin  BEFORE: Nancy Joseph | Courtroom No.: 253 |
|---|---|
| | Date and Time: 4/27/26 ct 11:00 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 4/22/2026

_____
Judge's signature

Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*