# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

**DETENTION HEARING**

v.

CASE NUMBER **26-MJ-901**

**OTIS LOCKETT**

---

| | |
|---|---|
| HONORABLE NANCY JOSEPH, presiding | Court Reporter:  Liberty |
| Deputy Clerk:  Evan R. | Hearing Began:  1:31 pm |
| Hearing Held:  4/24/2026 at 1:30 PM | Hearing Ended:  2:03 pm |

**Appearances:**

UNITED STATES OF AMERICA by: Julie Stewart, Katherine M Halopka-Ivery

Otis Lockett, in person, and by: Jeffrey Jensen, Sr ☑ CJA ☐ FDS ☐ RET

U.S. PROBATION OFFICE by: Joseph Werner

INTERPRETER:  ☑ None  ☐ Sworn

---

☑ Defendant is ordered detained pending trial (*See* Order of Detention Pending Trial)

---

GOVERNMENT seeks detention.
There is a presumption of detention in this case.
Defendant is a risk of flight and danger to the community.
Defendant is accused of directing minors, including his own son, to engage in drug dealing for his benefit.
Defendant did this while incarcerated.
Defendant has a long, significant history of drug trafficking.
Defendant's criminal history goes back to 2002, for a drug trafficking offense.
Defendant has a history of firearm cases, including in 2011 and 2016.
Defendant evaded officers in 2025 and abandoned the vehicle involved in the chase.
Defendant has a history of domestic abuse with one of his co-defendants, Jeanette Lopez.
Defendant was captured on recorded jailhouse phone calls directing the drug trafficking enterprise.
These phone calls made explicit mention of known drug customers.
Government outlines multiple recorded phone conversations related to firearms and drugs on the record.
Multiple firearms and associated ammunition were recovered from the defendant's residence.
A large quantity of cocaine was recovered from the residence in addition to cash, scales, and paraphernalia.

DEFENSE proffers release on conditions.
Defense concurs with the recommendation of pretrial services.
The Defense is at an inherent disadvantage without access to the evidence mentioned by the Government.
Defendant has not spent a lot of time in custody, with his past sentences being relatively brief.
Defendant was previously acquitted on multiple charges as listed in the bond study.
Defendant would be able to stay at his mother's house in Milwaukee with his niece.
Defendant would be able to resume work at his brother's cleaning company, with his brother present today.

COURT hears from the parties prior to decision.
The Court orders the Defendant detained pending trial.
Preliminary Hearing scheduled for May 7, 2026, at 10:30 am.