# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DETENTION HEARING** |
| v. | CASE NUMBER **26-mj-901** |
| **KERRY HOWELL, SR** | |

HONORABLE NANCY JOSEPH, presiding      Court Reporter: Liberty
Deputy Clerk: Tony Byal      Hearing Began: <u>4:05 PM</u>
Hearing Held: 4/24/2026 at 4:00 PM      Hearing Ended: <u>4:10 PM</u>

**Appearances:**
UNITED STATES OF AMERICA by: Julie Stewart, Katherine M Halopka-Ivery
Kerry Howell, Sr, in person, and by: Robert LeBell      ☑ CJA ☐ FDS ☐ RET
U.S. PROBATION OFFICE by: Joe Werner
INTERPRETER: ☑ None ☐ Sworn

☑      Defendant is ordered detained pending availability of in-patient treatment bed
☑      Defendant is released on:   ☑ O/R bond    ☐ Unsecured bond in the amount of <u>Amount</u>
                                     ☐ Bond Secured by:   ☐ Cash   ☐ Property   ☐ Cash/Property
                                       ☑ *See* Order Setting Conditions of Release

Government:
- Parties in agreement to detain defendant pending available in-patient treatment bed.
- State warrant needs to be cleared before sending defendant to in-patient treatment.

Defense:
- Will be reaching out to state duty attorney to get warrant cleared this weekend.

Court:
- Orders defendant detained pending availability of in-patient treatment bed.
- Orders defendant released with conditions once bed is available (see order setting conditions of release).

Preliminary Hearing/Arraignment and Plea set for 5/11/2026 at 2:30 PM