# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | DETENTION HEARING |
|---|---|
| v. | CASE NUMBER **26-MJ-901** |
| **SAMUEL P STAIR** | |

| | |
|---|---|
| HONORABLE NANCY JOSEPH, presiding | Court Reporter:  Liberty |
| Deputy Clerk:  Evan R. | Hearing Began:  <u>11:01 am</u> |
| Hearing Held:  4/27/2026 at 11:00 AM | Hearing Ended:  <u>12:05 pm</u> |

**Appearances:**

UNITED STATES OF AMERICA by:  Katherine M Halopka-Ivery

Samuel P Stair, in person, and by: Daniel M Adams ☑ CJA ☐ FDS ☐ RET

U.S. PROBATION OFFICE by: Jennifer Cravatta

INTERPRETER:  ☑ None  ☐ Sworn

☑ Defendant is ordered detained pending trial (*See* Order of Detention Pending Trial)

GOVERNMENT argues for detention.
There is a presumption of detention.
Defendant is a danger to the community and to a lesser extent, a flight risk.
The weight of the evidence is strong and plentiful.
Defendant is alleged to have used his legitimate business to cover up illegitimate conduct.
Drug proceeds would be accepted as rent payments.
Defendant is alleged to have knowingly and willingly used owned rental properties for drug trafficking.
There are also human trafficking allegations stemming out of the properties.
The proceeds of illegal conduct were legitimized through the Defendant's reality company.
Defendant is alleged to have engaged in violent illegal evictions.
Defendant is alleged to have personally explained to an undercover agent how the operation worked.
Defendant is alleged to have alerted his tenant co-defendants of possible police activity.
Overdose deaths are alleged to have occurred at the owned rental units.
Illegal activity was allowed to proceed at the units at his direction, with payments being made to Defendant.
A loaded firearm was recovered from the second floor of the residence.
Defendant is a long-term leader of this drug operation, with his involvement spanning to at least May 2024.

DEFENSE proffers release on conditions.
Defendant has strong ties to the district and poses no serious risk of flight, being  born and raised in Wisconsin.
Defendant's 150 rental units are each a tie to the community.
Defendant has a single conviction for drug possession from 1992.
The firearm recovered from the residence belonged to the defendant's stepson.
Defendant never possessed nor ordered the possession of these alleged illegal narcotics.
Defendant's assets have largely been seized by the government.
The criminal complaint states twice that this defendant was not aware of the alleged kick-back.

COURT hears from the parties prior to decision.
The Court orders the Defendant detained pending trial.
The Court schedules Preliminary Hearing/Arraignment & Plea for May 7, 2026, at 11:00 am.
All conditions a