# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DETENTION HEARING** |
| v. | CASE NUMBER **26-mj-901** |
| **JEANETTE LOPEZ** | |

---

HONORABLE NANCY JOSEPH, presiding      Court Reporter: Liberty
Deputy Clerk: Evan R.      Hearing Began: <u>12:13 pm</u>
Hearing Held: 4/27/2026 at 11:30 AM      Hearing Ended: <u>12:16 pm</u>

**Appearances:**
UNITED STATES OF AMERICA by: Katherine M Halopka-Ivery
Jeanette Lopez, in person, and by: Jacob Manian      ☑ CJA ☐ FDS ☐ RET
U.S. PROBATION OFFICE by: Jennifer Cravatta
INTERPRETER: ☑ None ☐ Sworn

---

☑      Defendant is ordered detained pending trial (*See* Order of Detention Pending Trial)

---

GOVERNMENT seeks detention.
The parties stipulate that the Defendant may have contact with her son but no other co-defendants.

DEFENSE rests on the presumption of detention at this time.

COURT hears from the parties.
Court orders the Defendant detained pending trial.
Court schedules Preliminary Hearing / Arraignment & Plea for May 7, 2026, at 9:30 am.